**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7553**

———————

RANDALL J. KEYSTONE, a/k/a Randall J. Keyes,

                                    Petitioner - Appellant,

        versus

L. M. SAUNDERS,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-00-342-7)

———————

Submitted: January 11, 2001          Decided: January 30, 2001

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Randall J. Keystone, Appellant Pro Se. Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Randall J. Keystone seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000), and motion to reconsider.  We have reviewed the record and the district court's orders accepting the recommendation of the magistrate judge and denying Keystone's motion to reconsider, and find no reversible error.  Accordingly, we denying a certificate of appealability and dismissed the appeal on the reasoning of the district court.  <u>Keystone v. Saunders</u>, No. CA-00-342-7 (W.D. Va. Sept. 29, 2000; Oct. 12, 2000).  We deny Keystone's motions for appointment of counsel and habeas corpus ad testificandum.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2